ORDERED UNSEALED on 11/13/2025   s/ STN

**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br><br><br>Roberto Carlos GALEANA Guatemala,<br><br><br><br>    Defendant. | Magistrate Docket No. 25mj5671<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about July 17, 2025, within the Southern District of California, defendant Roberto Carlos GALEANA Guatemala, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Daniel Lujan
Marine Interdiction Agent
Air and Marine Operations

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 17, 2025.

_____
HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**

**Roberto Carlos GALEANA Guatemala**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The information contained herein was gathered by me as well as other federal law enforcement officers, all of whom I believe to be reliable. Because this affidavit is being prepared for the limited purpose of obtaining authorization for the requested complaint, I have not set forth all facts known to me about this investigation, rather, only the facts I believe are necessary to establish probable cause for my request.

Department of Homeland Security (DHS), United States Border Patrol Agents assigned to the San Diego Sector, Imperial Beach Border Patrol Station Abatement Team (IMB SAT) are responsible for conducting day-to-day, plain-clothes, intelligence collections and investigative duties. Additional duties entail the use of various sources to locate and arrest previously deported criminal aliens who have returned to the United States in violation of the Immigration and Nationality Act.

Through static surveillance on July 17, 2025, IMB SAT BPAs discovered that Roberto Carlos GALEANA Guatemala, a previously deported felon, was present in the United States, and possibly residing at 3607 Birch Street, San Diego, California.

At approximately 5:50 p.m., Border Patrol Agent Giovanni Rodriguez observed a black 2014 Chrysler 300 bearing California License Plate 7EHY914 and occupied by one individual (driver), pass his location and park at the entrance of 3607 Birch St. Records checks revealed that the vehicle was registered to Roberto Carlos GALEANA Guatemala, at 3607 Birch St, San Diego, CA 92113. Records checks also revealed that the vehicle had been registered on or about February of 2025.

At approximately 6:20 p.m., BPA Rodriguez observed a dark grey Jeep Renegade bearing California License Plate 9MOW523 park across his location, to the west, and approximately 3 houses north of 3607 Birch St.

BPA Rodriguez observed the driver wearing a dark green hat with a black shirt and grey pants. Additionally, BPA Rodriguez observed the front passenger, wearing a black jacket, blue shorts, white socks, and black tennis shoes. The front passenger matched an arrest photo of GALEANA, his description, and likeness. BPA Rodriguez also recognized it to be GALEANA based on his prior interaction with GALEANA in 2024.

**CONTINUATION OF COMPLAINT:**
 **Roberto Carlos GALEANA Guatemala**

GALEANA proceeded toward 3607 Birch St, into the residence and out of view. GALEANA was not observed beyond that point and the surveillance operation was terminated at approximately 9:00 p.m.

BPA Rodriquez previously interviewed GALEANA at the San Ysidro Port of Entry prior to GALEANA's February 2024 removal. The interview between GALEANA and BPA Rodriquez was conducted face to face in an interview room. It lasted for approximately forty-five minutes and was conducted in my presence.

Based on BPA Rodriguez' observations, the arrest photo BPA Rodriguez had in his possession during surveillance, and his previous encounters with Roberto Carlos GALEANA Guatemala, IMB SAT BPAs believe that the subject observed at 3607 Birch St, is in fact GALEANA.

Routine record checks of the defendant revealed a criminal and immigration history. Official immigration records of the Department of Homeland Security revealed GALEANA was ordered removed from the United States on December 10, 2023, by an Immigration Judge in San Luis, Arizona, and was subsequently removed to Mexico on February 6, 2024. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**CONTINUATION OF COMPLAINT:**
 **Roberto Carlos GALEANA Guatemala**

**Executed on October 17 at 11:00 AM.**

_____
Daniel Lujan
Marine Interdiction Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on July 17, 2025, in violation of 8 USC 1326.

_____       _____
HON. DANIEL E. BUTCHER                             Date/Time
United States Magistrate Judge